## In re JOHN J. GIBSON CO.

(Circuit Court of Appeals, Second Circuit. April 24, 1916.)

MANDAMUS ☞4(1)—GROUNDS—REMEDY BY APPEAL.

    Mandamus does not lie to correct errors in rulings which are reviewable on appeal.

    [Ed. Note.—For other cases, see Mandamus, Cent. Dig. §§ 9, 11, 17–19; Dec. Dig. ☞4(1).]

Application of the John J. Gibson Company for a writ of mandamus to the Judge of the District Court of the United States for the Western District of New York. Petition denied.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Josiah McRoberts, of Chicago, Ill., for petitioner.

J. William Ellis, of Buffalo, N. Y., for respondent.

Before WARD and ROGERS, Circuit Judges, and MAYER, District Judge.

PER CURIAM. The defendant's objection to the granting of the rehearing in this case after the cause had been decided and his motion to suppress the depositions for the taking of which the rehearing was granted, on the ground that the court below exercised a discretion where no discretion existed, because the complainant was fully apprized of the existence of the evidence before he brought suit, relied upon proving it in an incompetent manner and stated no facts showing that he was not financially able to do in May, 1915, what he did in August, 1915, are questions which, if erroneously decided, can be corrected on appeal, and therefore the remedy by mandamus does not lie.

The petition is denied.